IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REBECCA WALLS                                                                                    PLAINTIFF

V.                                                                CIVIL ACTION NO. : 1:15CV203-SA-RP

PONTOTOC HEALTH SERVICES, INC. and
NORTH MISSISSIPPI HEALTH SERVICES, INC.                                          DEFENDANTS

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION TO DISMISS

Upon unopposed motion of Plaintiff [Docket 66], and for good cause shown, it is hereby ORDERED that Defendant North Mississippi Health Services, Inc. is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Plaintiff's claims against Defendant Pontotoc Health Services, Inc. will proceed accordingly.

SO ORDERED, this the 6th day of January, 2017.

                                                    /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE

Submitted by:

RON L. WOODRUFF, MSB NO.: 100391
WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802
TELEPHONE:   662/842-7324
FACSIMILE: 662/842-8056
EMAIL:waide@waidelaw.com

Attorneys for Plaintiff