IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REBECCA WALLS                                                                                      PLAINTIFF

V.                                                                   CIVIL ACTION NO. 1:15-CV-203-SA-RDP

PONTOTOC HEALTH SERVICES, INC.,
and NORTH MISSISSIPPI HEALTH
SERVICES                                                                                         DEFENDANTS

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [60] is GRANTED. Plaintiff's claims are dismissed. This case is CLOSED.

IT IS SO ORDERED this the 14th day of March, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE